# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cr. No. 1:16-CR-10089-STA |
| v. ) | |
| ) | |
| CHARLES SMITH, ) | |
| ) | |
| Defendant. ) | |

# ORDER AND NOTICE OF SETTING

The United States has requested a report date be set pursuant to the Government's Motion to Set Report Date.

Wherefore, for good cause, the hearing on Report Date has been scheduled for May 7, 2018 at 11:00 a.m.

IT IS SO ORDERED this 1st day of May, 2018

                                                  s/S. Thomas Anderson
                                                S. THOMAS ANDERSON
                                                CHIEF UNITED STATES DISTRICT JUDGE