IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   NO.: 1:16-CR-10089-STA

CHARLES SMITH

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTING NEW COUNSEL

This matter came to be heard upon the Motion of counsel for Defendant, Mr. Charles Smith, requesting to withdraw as counsel. The Court finds that this motion is well taken, as an actual conflict of interest exists, and should be granted. The Court also holds in abeyance all pre-trial deadlines and dates pursuant to the scheduling order. The Court will appoint new counsel as expeditiously as possible.

IT IS SO ORDERED, this 21st day of August, 2018.

                                                                    s/S. Thomas Anderson
                                                                    CHIEF JUDGE S. THOMAS ANDERSON