IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Cr. No. 1:16-CR-10089-STA |
| v. | ) | |
| CHARLES SMITH, | ) | |
| Defendant. | ) | |

## ORDER AND NOTICE OF SETTING

The parties have requested a report date/status conference be set pursuant to the Joint Motion to Set Report Date or Status Conference.

Wherefore, for good cause, the Report Date/Status Conference has been scheduled for April 18, 2019, at 1:30 p.m.

IT IS SO ORDERED this 17th day of April, 2019

                                                  s/S. Thomas Anderson
                                                  S. THOMAS ANDERSON
                                                      CHIEF UNITED STATES DISTRICT JUDGE