# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CHARLES RAY SMITH, )<br>)<br>    Defendant ) | Case No. 1:16-cr-10089-STA |

## ORDER RESETTING TRIAL DATE
## AND NOTICE OF RESETTING

The Jury Trial in this matter is currently set for Tuesday, October 1, 2019 before Chief Judge S. Thomas Anderson. The Jury Trial in the above styled matter is hereby reset to **Monday, September 30, 2019, at 9:30 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 12th day of June, 2019.

                                                    s/ S. Thomas Anderson
                                                  Chief United States District Judge